# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAREEL POINDEXTER

NO. 2022 KW 0589

**AUGUST 29, 2022**

---

In Re:    Sareel Poindexter, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 531,327.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **JMM**
> **PMc**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT